IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN PALMA VASQUEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DAVID O'NEILL, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, Secretary of the DHS KRISTI NOEM, PAMELA BONDI, JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center** | : | **NO. 25-7198** |

## ORDER

**NOW**, this 22nd day of December, 2025, upon consideration of petitioner Bryan Palma Vasquez's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1. No later than **December 23, 2025**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

2. Petitioner Bryan Palma Vasquez shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

_____
TIMOTHY J. SAVAGE, J.